UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Bobby Soundara

vs.

UNITED STATES OF AMERICA

C.A. No. 06-466S
Cr. No. 06-05S

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." Said response will be filed on or before **January 10, 2007.**

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 12/26/06