UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BOBBY SOUNDARA :
:
v. : C.A. No. 06-466-S
: CR No. 06-05-S
UNITED STATES OF AMERICA :

**GOVERNMENT'S MOTION TO EXTEND TIME**

The United States hereby moves for an extension of time through January 31, 2007 to the respond to Petitioner's Motion pursuant to 28 U.S.C. § 2255 for the reasons stated in the attached memorandum of Law.

Respectfully submitted,

UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard W. Rose

RICHARD W. ROSE
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail: richard.rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I the undersigned on this 9th day of January, 2007 caused the within Government's Motion to Extend Time to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice via U.S. Mail:

Bobby Soundara
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

/s/ Richard W. Rose
RICHARD W. ROSE
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail: richard.rose@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BOBBY SOUNDARA | : | |
| | : | |
| v. | : | C.A. No. 06-466-S |
| | : | CR No. 06-05-S |
| UNITED STATES OF AMERICA | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXTEND TIME**

The defendant filed a Motion pursuant to 28 U.S.C. § 2255 in October, 2006. On December 26, 2006, this Court issued an Order directing the government to file a response to the defendant's motion on or before January 10, 2007. In order to respond properly, the government needs to contact the defendant's trial counsel to give him an opportunity to respond to the defendant's allegations which, on their face, appear to be based purely on a credibility contest between counsel and his client. Therefore, to give the Court a more complete response, the government respectfully requests that it be granted a continuance through

January 31, 2007, to respond to the Petition.

Respectfully submitted,

UNITED STATES OF AMERICA
ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard W. Rose
RICHARD W. ROSE
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail: richard.rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I the undersigned on this day of January, 2007 caused the within Government's Memorandum in Support of its Motion to Extend Time to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice via U.S. Mail:

Bobby Soundara
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

/s/ Richard W. Rose
RICHARD W. ROSE
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail: richard.rose@usdoj.gov