RECEIVED
JAN 25 2007
U.S. ATTORNEY
DISTRICT OF R.I.

**ROBERT E. CRAVEN & ASSOCIATES**
***ATTORNEYS AT LAW***

**50 Park Row West, Suite 100, Providence, Rhode Island 02903**
**Phone (401) 453-2700 Facsimile (401) 453-1910**
**e-mail: bob@robertecraven.com**

---

January 22, 2007

Richard Rose
AUSA
U.S. Attorney for Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

*Re:* *US vs. Bobby Soundara- 06-05-5*

Dear Rich:

I am in receipt of your January 9, 2007 correspondence in the above-entitled matter. I have reviewed the 2255 petition copy attached to your letter. The specific allegation in the petition is that I did not review the appeal options available to the client after sentencing. In fact I spent at least six hours reviewing the pre-sentence report, five to six hours reviewing the plea agreement and several other visits to Wyatt discussing all aspects of the plea and sentencing.

In short, Mr. Soundara understood the possible ramifications of a sentence enhancement and what his appellate rights were. Although I could discuss the many nuances of my discussion of the law and his rights, it would not change the substance of my response.

I wish him well in the future and I hope he finds peace in the decisions he made.

Best wishes in the New Year.

Sincerely,

Robert E. Craven

Robert E. Craven, Esq.

REC/sms