UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Bobby Soundara
Petitioner

V.

Case Number: C.A. NO. 06-466S

United States of America
Respondent

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Petitioner, Bobby Soundara against the Respondent, United States of America in accordance to this Court's Memorandum and Order dated February 16, 2007 granting Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (2255).**

**February 16, 2007**
**Date**

Doreen Baldwell

**Deputy Clerk**